In this case, neither party presented satisfactory evidence of closely analogous companies or obligations. Monarch's witness arrived at his conclusions by determining the average yield of a variety of other loans and by analyzing the specific factual circumstances surrounding the Monarch loan. The government's witness testified to the interest rates charged during the relevant period for bonds listed in published financial services. Although he considered the factual circumstances surrounding the loan in choosing a comparable bond rating, no attempt was made to show that the borrowing companies or the obligations were comparable in any specific ways to Monarch or its loan transaction.

While the record ideally could have provided us with a more detailed account of the analytical process employed below, we conclude that under the circumstances the district court acted within the evidence and its discretion in evaluating the warrants.

AFFIRMED.

fett and Douglas L. Inhofe, Tulsa, Okl., for defendants–appellees.

Before HOLLOWAY and BARRETT, Circuit Judges and MILLER, Judge, Court of Customs and Patent Appeals.

## JUDGMENT

This matter comes on for further consideration in light of the argument of counsel, the briefs and the record on appeal and the opinion of the Supreme Court of the State of Oklahoma on the questions certified to it in this cause.

Upon consideration whereof, it is ordered that the judgment of the United States District Court for the Eastern District of Oklahoma entered September 30, 1977, 437 F.Supp. 737, is vacated. The captioned cause is remanded to that Court for further proceedings consistent with the opinion of the Supreme Court of the State of Oklahoma filed April 15, 1980, 610 P.2d 772.

The mandate shall issue forthwith.

**PRODUCERS OIL COMPANY, an Oklahoma Corporation, Plaintiff–Appellant,**

v.

**Theodore GORE and Shirley K. Bernstein, Defendants–Appellees.**

No. 77–1984.

United States Court of Appeals, Tenth Circuit.

Nov. 20, 1980.

Holliman, Langholz, Runnels & Dorwart, Rosenstein, Fist & Ringold, Tulsa, Okl., for plaintiff–appellant; Frederic Dorwart, J. Michael Medina, A. F. Ringold, Tulsa, Okl., of counsel.

Conner, Winters, Ballaine, Barry & McGowen by John S. Athens, J. Denny Mof-

**RANCHERS EXPLORATION AND DEVELOPMENT CORPORATION, Plaintiff–Appellee,**

v.

**UNITED STATES of America, Defendant–Appellant.**

No. 78–1789.

United States Court of Appeals, Tenth Circuit.

Argued March 11, 1980.

Decided Nov. 21, 1980.